ACCEPTED
14-14-00788-CV
FOURTEENTH COURT OF APPEAL
HOUSTON, TEXAS
1/19/2015 7:51:10 AM
CHRISTOPHER PRINI
CLERK

No. 14-14-00788-CV

COURT OF APPEALS
FOURTEENTH DISTRICT OF TEXAS
AT HOUSTON, TEXAS

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
1/20/2015 8:00:00 AM
CHRISTOPHER A. PRINE
Clerk

EXERGY DEVELOPMENT GROUP OF IDAHO, LLC and JAMES T. CARKULIS,

*Appellants*

v.

HIGHER POWER ENERGY, LLC, BLUE RENEWABLE ENERGY, LLC and BLACK MOUNTAIN FINANCIAL CORP.,

*Appellees.*

*Restricted Appeal from Cause No. 2012-67104*
*125th Judicial District Court of Harris County, Texas*
*Hon. Kyle Carter, Presiding*

## APPELLEE'S RESPONSE TO APPELLANTS' MOTION TO REINSTATE APPEAL

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

Higher Power Energy, LLC, Appellee herein and Plaintiff in Trial Court Number 2012-67104, respectfully submits this Response to Appellants' Motion to Reinstate Appeal, and shows as follows:

1. Higher Power Energy, LLC respectfully submits that the Motion to Reinstate Appeal this proceeding that has been filed by Appellants Exergy

Development Group of Idaho, LLC and James T. Carkulis should be denied. Specifically, this Motion should be denied for one or more of the following reasons:

a.    Back on October 1, 2014 this Honorable Court advised James Carkulis, by way of letter that he was copied on, that the filing fee that was associated with this Appeal was "due" and that "payment arrangements" concerning this Appeal would need to be made;

b.    On October 14, 2014 this Honorable Court issued a Notice (to Carkulis) advising that the filing fee associated with this Appeal had (still) not been paid, and that if this fee was not paid by October 24, 2014 the Appeal may be dismissed;

c.    On October 30, 2014 this Honorable Court issued an Order finding that the filing fee had (still) not been paid;

d.    On that same date, this Honorable Court issued a Notice (that Carkulis was copied on) specifically referencing payment for the Clerk's Record;

e.    On October 19, 2014 this Honorable Court sent notice to Carkulis **and** counsel of record for Appellants (Seth Kretzer, Esq.) advising that arrangements to pay for the Clerk's Record

had not been made, that such arrangements must be made within **15 days** from that date, and that proof of payment must be provided to this Court by that date;

f. Pursuant to the Notice referenced above, these payment arrangements had to be made – and proof of payment had to be tendered to this Honorable Court – by **December 4, 2014.** They were not;

g. The Appellants did not make arrangements to pay for the Clerk's Record until January 13, 2015 – five (5) weeks **after** same was to be done (pursuant to the Court's November 19, 2014 Notice), and **after** this Honorable Court had dismissed this Appeal.

2. The facts set forth above, and others that will be provided to this Court (in the unlikely event that this Court elects to grant the Motion to Reinstate Appeal) illustrate the complete, utter disregard that the Appellants have exhibited for the parties in this case, the law applicable to this case, rulings made by the trial court, and Notices/Orders that have been issued by this Honorable Court throughout the course of this matter.

WHEREFORE, PREMISES CONSIDERED, Appellee Higher Power Energy, LLC respectfully prays that this Response be received and filed and, upon

consideration, that the Appellants' Motion to Reinstate Appeal this case be denied and for such further relief, both at law and in equity, to which it may show itself justly entitled.

Respectfully submitted,

FEE, SMITH, SHARP & VITULLO, L.L.P

HOWARD J. KLATSKY
State Bar No. 00786024
Three Galleria Tower
13155 Noel Road, Suite 1000
Dallas, Texas 75240
(972) 934-9100
(972) 934-9200 [Fax]
hklatsky@feesmith.com

ATTORNEY FOR APPELLEE
HIGHER POWER ENERGY, LLC

## CERTIFICATE OF SERVICE

THIS WILL CERTIFY that a true and correct copy of the foregoing instrument has been mailed, telecopied or hand delivered to all attorneys of record in this cause of action on the 19th day of January, 2015, as follows:

*Via CMRRE*
James T. Carkulis
14 West 40th Street, 4th Floor
Helena, Montana 59601

*Via First Class Mail*
Andrew M. Edison
Edison, McDowell & Hetherington, LP
3200 Southwest Freeway, Suite 2100
Houston, TX 77027

HOWARD J. KLATSKY